IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GIGLIANA VALOY, as personal representative of The Estate of OLMES GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>E.F. CORPORATION,<br><br>and<br><br>JEAN BALTHAZAR<br><br>Defendants. | Civil Action No.: 3:23-cv-610 |

## FINAL ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS DAY CAME the parties, Plaintiff, Gigliana Valoy, Administrator of the Estate of Olmes Garcia, deceased, by counsel, and Defendants, E.F. Corporation and Jean Balthazar, by counsel, upon the Joint Petition pursuant to Va. Code Ann. §§ 8.01 – 55 and 8.01 – 424, requesting approval of the compromise settlement of Plaintiff's claims for death by wrongful act on behalf of the Estate of Olmes Garcia, and claims related thereto; and

IT APPEARING TO THE COURT from the evidence adduced that decedent Olmes Garcia died on January 30, 2022, and that Plaintiff Gigliana Valoy have been appointed as the Administrator of the Estate of Olmes Garcia; and that the Defendants, E.F. Corporation and Jean Balthazar, and all interested parties have agreed to a compromise settlement for any and all claims related to the alleged wrongful death of Olmes Garcia; and

IT FURTHER APPEARING that that all parties in interest appeared on this date either by counsel, in person, or by their endorsement herein, and have expressed agreement to the Joint Petition pursuant to § 8.01 – 55; and

IT FURTHER APPEARING that all parties necessary to be convened as prescribed under Va. Code Ann. § 8.01 – 55, have been so convened and that the same have submitted to the jurisdiction of this Court; and

IT FURTHER APPEARING that in light of the contested liability issues and in the interests of avoiding costs, anxiety, and risks of trial, as well as the limitations of any available liability insurance coverage, the parties assert, and the Court agrees, that settlement in an immediate payment and future periodic payments at a total cost of One Millon Nine-Hundred Fifty Thousand Dollars and No Cents ($1,950,000.00) for all recoverable damages prescribed under Va. Code Ann. § 8.01 – 52, *et seq.*, is fair and reasonable and should be approved; and

IT FURTHER APPEARING that the parties agree that in exchange for an immediate payment and future periodic payments at a total cost $1,950,000.00 paid by or on behalf of the Defendants, E.F. Corporation and Jean Balthazar, all claims and causes of actions by, through or on behalf of the Plaintiff, Gigliana Valoy, Administrator of the Estate of Olmes Garcia, deceased and/or the Decedent Olmes Garcia, shall be forever released and discharged; and

IT BEING REPRESENTED TO THE COURT that the decedent Olmes Garcia died intestate, unmarried, with 2 children; therefore, under Va. Code § 8.01 – 53, the class and beneficiaries eligible to receive distribution of the proceeds herein are as follows:

- Kiara C. Garcia-Valoy, daughter
- AAG, daughter (a minor)

IT APPEARING TO THE COURT that there is full agreement between and among the

eligible statutory beneficiaries as to the distribution of the settlement proceeds to be received by the Decedent's Administrator, and

IT FURTHER APPEARING that from the aforesaid funds of $1,950,000.00, Plaintiff, Gigliana Valoy, Administrator of the Estate of Olmes Garcia, deceased and their attorneys shall disburse the same as follows:

1. The sum of $682,500.00 to ChasenBoscolo Injury Lawyers for attorney's fees in this matter;

2. The sum of $4,187.96 to ChasenBoscolo Injury Lawyers for costs advanced in this matter;

3. The sum of $3,560.50 to Bogin, Munns, and Munns, P.A. for attorney's fees in this matter;

4. The sum of $62.10 to Bogins, Munns, and Munns, P.A. for costs advanced in this matter;

5. The sum of $629,844.72 to Kiara C. Garcia-Valoy;

6. The sum of $629,844.72 shall be used by the defendant or their insurer to fund a structured settlement annuity for the benefit of AAG as further set forth in the Release of All Claims.

IT IS HEREBY ORDERED that the Release of All Claims and settlement agreed to by the parties as described herein shall be and hereby is approved, ratified and confirmed; and it is

FURTHER ORDERED that the insurance carrier for the Defendants, ACE American Insurance Company, Sedgwick Claims Management Services, as identified in the incorporated Release of All Claims shall pay or caused to be paid the aggregate sum of $1,320,155.28 to the Plaintiff, Gigliana Valoy, Administrator of the Estate of Olmes Garcia, deceased and their

attorneys; and it is

FURTHER ORDERED that the sum of $629,844.72 be used by the defendant or their insurer to fund a structured settlement annuity for the benefit of AAG as further set forth in the Release of All Claims. To fund this annuity, defendant or its insurer shall issue payment to Pacific Life & Annuity Services, Inc. in the amount of $629,844.72 by or before 07/24/2025.

FURTHER ORDERED that Defendants, E.F. Corporation and Jean Balthazar, and their insurance carrier American Family Insurance shall be under no obligation to see to the proper disbursement of any settlement funds once payment has been made to Plaintiff and her attorneys, or as otherwise described herein; and it is

FURTHER ORDERED that Defendants, E.F. Corporation, Jean Balthazar, Evans Delivery Company, West Motor Freight of PA, Inc., Farius Transport, Inc., ACE American Insurance Company, Sedgwick Claims Management Services, and their insurers, heirs, executors, agents, principles and assigns, and the Released Parties referenced in the Joint Petition, and in the Release of All Claims, incorporated herein by reference, are forever released, discharged and held harmless from and against any and all legal liability and responsibility including, but not limited to, any claim, action, cause of action, right of action, wrongful death damages, demand, damage, cost, service, lien or expense arising out of the subject incident of January 30, 2022, wherein decedent Olmes Garcia sustained fatal injuries; and it is

FURTHER ORDERED that any and all claims or causes of action by, through, in favor of, or on behalf of any party or beneficiary, and/or any of the Released Parties, including any lien, derivative claim, and/or subrogation claim, arising out of, or related in any way to, the subject incident of Olmes Garcia, 2022, and/or the death of decedent Olmes Garcia, which may have

accrued, or which may accrue hereafter, shall be forever barred; and it is

FURTHER ORDERED that the structured settlement Periodic Payments as set forth in the negotiated Release of All Claims cannot be accelerated, deferred, increased or decreased by the Plaintiff(s) or any Payee; nor shall the Plaintiff(s) or any Payee have the power to sell, mortgage, encumber, or anticipate the Periodic Payments, or any part thereof, by assignment or otherwise, and it is

FURTHER ORDERED that any direct or indirect transfer or purported transfer of any structured settlement payment rights of the Plaintiff(s) or any Payee will be in direct contravention of this Order and the negotiated Release of All Claims approved by this Court and any such transfer/transfer agreement shall be wholly void.

FURTHER ORDERED that the above-captioned case is hereby DISMISSED WITH PREJUDICE, and shall be removed from the Clerk of this Court from the active docket of this Court.

The Clerk is directed to certify a copy of this Order to counsel of record.

ENTERED this 1st day of July, 2025

/s/
M. Hannah Lauck
United States District Judge

JUDGE

WE ASK FOR THIS:

/s/ Paul R. Schmeding
Scott C. Hartin, Esquire
Virginia Bar Number 80450
Paul R. Schmeding, Esquire
Virginia Bar Number 89542
Attorneys for the Defendants
McKenry Dancigers Dawson, P. C.
192 Ballard Court, Suite 305
Virginia Beach, Virginia 23462
Telephone: (757) 461-2500
Facsimile: (757) 461-2341
SCHartin@va-law.com
PRSchmeding@va-law.com

/s/ Kyle Shoemaker
John Everett, Esq.
Virginia Bear Number 44038
Kyle J. Shoemaker
Virginia Bar Number 97977
Katherine L. Beale, Esq.
Virginia Bar Number 99027
Attorneys for the Plaintiff
CHASENBOSCOLO Injury Lawyers
7852 Walker Drive, Suite 300
Greenbelt, MD 20770
Telephone: (301) 220-0050
Facsimile: (301) 474-1230
kshoemaker@chasenboscolo.com